**Rolan L. DAVISON, Appellant, v. UNITED STATES of America.**

No. 14545.

United States Court of Appeals Eighth Circuit.

April 23, 1952.

George S. Hecker, St. Louis, Mo., for appellant.

P. W. Lanier, U. S. Atty., Fargo, N. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.

**Byron A. COLLINS, Appellant, v. WILL D. HENARD, Jr., Ex'r of the Estate of Will D. Henard, Appellee.**

No. 11457.

United States Court of Appeals Sixth Circuit.

April 16, 1952.

Wilbur W. Piper, Knoxville, Tenn., Fowler, Long & Lowler, Knoxville, Tenn., of counsel, for appellant.

Hodges & Doughty, Knoxville, Tenn., for appellee.

Before SIMONS, Chief Judge, and ALLEN and MARTIN, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel.

And it appearing that the questions presented are in the main questions of fact and that no exception was taken to the portion of the charge of the court which is objected to;

And no reversible error appearing in the record:

It is ordered that the judgment be, and it hereby is, affirmed.

**Silas T. KUIKEN, Appellant v. UNITED STATES of America, Appellee.**

No. 13891.

United States Court of Appeals Fifth Circuit.

May 15, 1952.

Rehearing Denied June 17, 1952.

Silas Y. Kuiken, in pro. per.

Holvey Williams, Asst. U. S. Atty., El Paso, Tex., for appellee.

Before HOLMES, BORAH, and RIVES, Circuit Judges.

HOLMES, Circuit Judge.

We deem it wholly unnecessary to write anything in this case except to say that the judgment appealed from is affirmed for the reasons stated in the opinion of the trial court, which is reported in United States v. Kuiken, D.C., 101 F.Supp. 929.

Affirmed.